STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROY ALLEN CORBY, DEFENDANT-PETITIONER.

See same case below: 47 *N. J. Super.* 493.

*Mr. Joseph M. Schoenberg* and *Mr. Jack B. Kirsten* for the petitioner.

*Mr. Frederick T. Law* and *Mr. Frank J. V. Gimino* for the respondent.

April 28, 1958. Granted.

CHARLES MOSLER, PLAINTIFF-RESPONDENT, v. FRANCIS J. WHELAN, DEFENDANT-PETITIONER.

See same case below: 48 *N. J. Super.* 491.

*Messrs. Garven, Gelman & Hollander* for the petitioner.

*Mr. Harry Green* for the respondent.

April 28, 1958. Granted.